JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK S. SANDOVAL, | Case No. EDCV 15-00327-JLS (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CHINO STATE PRISON, et al., | |
| Defendants. | |

Pursuant to the Memorandum and Order Dismissing Action as Untimely, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 24, 2015

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE